## WILLIAMS *v.* FLOYD.

LUMPKIN, J. The evidence was sufficient to support the verdict, and there was no error in overruling the motion for a new trial. No other exception was referred to in the brief of counsel for the plaintiff in error.

*Judgment affirmed. All the Justices concur.*
August 14, 1915.

Eviction. Before Judge Sheppard. Bryan superior court. July 2, 1913.

*J. H. Smith,* for plaintiff in error.